1  BRIAN T. DUNN, ESQ. (SBN 176502)
   **THE COCHRAN FIRM**
2  4929 Wilshire Boulevard, Suite 1010
   Los Angeles, California 90010
3  Telephone:    (323) 931-6200
   Facsimile:    (323) 931-9521
4
   Attorneys for Plaintiffs
5

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MAJORIE BLACIC, individually, and as Successor in Interest to DANIEL EUGENE BLACIC,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT KERNAN, and DOES 1 through 10, Inclusive,<br><br>Defendants. | **CASE NO. 2:06-cv-0510 LKK DAD**<br><br>**Assigned for all purposed to Judge Lawrence K. Karlton**<br><br>**STIPULATION AND ORDER RE: TWO WEEK CONTINUATION OF PRE-TRIAL SCHEDULING CONFERENCE**<br><br>DATE:       May 22, 2006<br>TIME:       3:00 p.m.<br>COURTROOM:  4 |

WHEREAS, Lead counsel for plaintiffs, Brian T. Dunn, must appear in Federal Court in the Central District of Los Angeles in the matter of *Juan Rodriguez v. County of San Bernardino, et al.,* Case No. CV06-1152GPS, and;

WHEREAS, all counsel have met and conferred, and mutually agree, that a brief continuance of the Pre-Trial Scheduling Conference, presently set for May 22, 2006, is in the best interests of all parties to this litigation, THEREFORE;

1    IT IS HEREBY STIPULATED AND AGREED, by and among the parties
2 hereto, by and through their attorneys of record, that ALL PARTIES
3 hereby requests an Order continuing the Pre-trial Scheduling
4 Conference in the above matter for a period of two weeks.

DATED: May 15, 2006                    **THE COCHRAN FIRM**

                                       /signature on original
                                       BRIAN T. DUNN, ESQ.
                                       Attorneys for Plaintiffs

DATED: May 15, 2006                    **State of California**
                                       **Department of Justice**
                                       **Attorney General's Office**

                                       /signature on original
                                       DAVID A. CARRASCO, ESQ.
                                       Attorneys for Defendants

   IT IS HEREBY ORDERED that the Pre-trial Scheduling Conference
shall be continued to June 5, 2006 at 2:00 p.m. in Chambers.

DATED: May 17, 2006.
                                       /s/Lawrence K. Karlton
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

2